IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>FRANCISCO CORNEJO-QUEZADA,<br><br>　　　Defendant. | Case №: 2:24-mj-00132-CSK<br><br>**O R D E R<br>APPOINTING COUNSEL** |

　　This client appeared in another district and qualified for appointed counsel in that district. They were ordered to appear in our district and the government has requested a Sacramento court date. The Federal Defender has a conflict. The court has separately received a financial affidavit for this client. CJA Panel attorney John Manning is hereby appointed effective November 12, 2024, the date the Office of the Federal Defender first contacted him.

DATED: 11/13/2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE