PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Nov 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRANCISCO CORNEJO-QUEZADA, SHAWN ERIC MORALES SR., and RENEE MICHELE HERMANN, Defendants. | CASE NO. 2:24-cr-0304 TLN<br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (5 Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine]

The Grand Jury charges: T H A T

FRANCISCO CORNEJO-QUEZADA,
SHAWN ERIC MORALES SR., and
RENEE MICHELE HERMANN,

defendants herein, beginning on an unknown date, but no later than in or about March 2023, and continuing through on or about November 5, 2024, in Sacramento and San Joaquin Counties, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with persons both known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with

intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

FRANCISCO CORNEJO-QUEZADA,

defendant herein, on or about May 10, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

FRANCISCO CORNEJO-QUEZADA and
SHAWN ERIC MORALES SR.,

defendants herein, on or about February 13, 2024, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

FRANCISCO CORNEJO-QUEZADA,
SHAWN ERIC MORALES SR., and
RENEE MICHELE HERMANN,

defendants herein, on or about March 14, 2024, at approximately 4:15 p.m., in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

//

//

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

SHAWN ERIC MORALES SR. and
RENEE MICHELE HERMANN,

defendants herein, on or about March 14, 2024, at approximately 5:03 p.m., in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

SHAWN ERIC MORALES SR.,

defendant herein, on or about August 15, 2024, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

SHAWN ERIC MORALES SR. and
RENEE MICHELE HERMANN,

defendants herein, on or about November 5, 2024, in Sacramento County, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Seven of this Indictment, defendants FRANCISCO CORENJO-QUEZADA, SHAWN ERIC MORALES SR, and RENEE MICHELE HERMANN shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds obtained, directly or

indirectly, as a result of such violations; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the violations, including but not limited to the following:

a. Real property located at 997 Hood Franklin Road, Hood, California, Sacramento County, APN: 132-0101-020-0000,

b. Approximately $44,512.00 in U.S. Currnency, and

c. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Seven of this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

*No.* __________

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

FRANCISCO CORNEJO-QUEZADA
SHAWN ERIC MORALES
RENEE MICHELLE HERMANN

# INDICTMENT

**VIOLATION(S):**

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine (5 Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

_____________________
*Foreman.*

*Filed in open court this* 14th *day*

*of* November *, A.D. 2024*

/s/ R. Alvarez
*Clerk.*

*Bail, $* No process necessary

[signature]
U.S. Magistrate Judge

GPO 863 525

**United States v. Cornejo-Quezada et al**
**Penalties for Indictment**

**Defendants**
FRANCISCO CORNEJO-QUEZADA,
SHAWN ERIC MORALES SR., and
RENEE MICHELE HERMANN

**COUNT 1:** **ALL DEFENDANTS**

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to distribute over 500 grams of a mixture or substance containing methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:** **CORNEJO-QUEZADA**
**COUNT 3:** **CORNEJO-QUEZADA and MORALES**
**COUNT 4:** **ALL DEFENDANTS**
**COUNT 5:** **HERMANN and MORALES**
**COUNT 6:** **MORALES**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of over 500 grams of a mixture and substance containing a detectable amount of methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory as to each count)

**COUNT 7:** **MORALES and HERMANN**

VIOLATION: 21 U.S.C. § 841(a)(1) - Possession with intent to distribute over 500 grams of a mixture or substance containing methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION: ALL DEFENDANTS**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document