1  JOHN R. MANNING
   Attorney at Law
2  4005 Manzanita Ave, Suite 6-8
   Carmichael, CA 95608
3  (916)-444-3994
   jmanniglaw@yahoo.com
4

5  Attorney for defendant
   Francisco Cornejo-Quezada
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,           | CASE NO. 2:24-CR-304-TLN
11 |                         Plaintiff,  | STIPULATION REGARDING EXCLUDABLE
   |                                      | TIME PERIODS UNDER SPEEDY TRIAL ACT;
12 |              v.                     | ORDER
13 | FRANCISCO CORNEJO-QUEZADA,          | DATE: February 27, 2025
   | SHAWN ERIC MORALES, SR., and        | TIME: 9:30 a.m.
14 | RENEE MICHELE HERMANN,              | COURT: Hon. Troy L. Nunley
15 |                         Defendants. |

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendants, by and
19 through defendant's counsel of record, hereby stipulate as follows:
20      1.     This case is set for a status conference on February 27, 2025.
21      2.     Counsel for Mr. Morales, Sr., Mark J. Reichel, Esq., substituted into this matter on, or
22 about, February 12, 2025 (ECF51).
23      3.     By this stipulation, defendants now move to continue the status conference until April 3,
24 2025, and to exclude time between February 27, 2025, and **April 3, 2025,** under 18 U.S.C.
25 § 3161(h)(7)(A), B(iv) [Local Code T4].
26      4.     The parties agree and stipulate, and request that the Court find the following:
27             a)     The government has produced discovery in this matter, to date, consisting of 583
28 pages of investigative reports, photographs, native files (video/audio recordings and surveillance)

and text messages.  The government has indicated additional discovery is forthcoming.

   b) Counsel for defendants have met with their clients to discuss their respective cases.  Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2025 to April 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

***[Signatures continue on following page.]***

| | |
|---|---|
| Dated: February 19, 2025 | /s/ JOHN R. MANNING<br>JOHN R. MANNING<br>Counsel for Defendant<br>FRANCISCO CORNEJO-QUEZADA |
| Dated: February 19, 2025 | /s/ MARK J. REICHEL<br>MARK J. REICHEL<br>Counsel for Defendant<br>SHAWN E. MORALES, Sr. |
| Dated: February 19, 2025 | /s/ MICHAEL D. LONG<br>MICHAEL D. LONG<br>Counsel for Defendant<br>RENEE M. HERMANN |
| Dated: February 19, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ EMILY G. SAUVAGEAU<br>EMILY G. SAUVAGEAU<br>Assistant United States Attorney |

**ORDER**

IT IS SO FOUND AND ORDERED this 20th day of February, 2025.

_____
Troy L. Nunley
Chief United States District Judge