JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
FRANCISCO CORNEJO-QUEZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO CORNEJO-QUEZADA,<br><br>　　　　Defendant. | No. CR-S-24-0304-TLN<br><br>[PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |

　　　Good cause appearing, defendant Francisco Cornejo-Quezada's unopposed motion to strike the special condition 15 is hereby granted.

IT IS SO ORDERED.

Dated:　March 12, 2025　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1