JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Ste. 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Francisco Cornejo Quezada

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRACISCO CORNEJO QUEZADA,<br>SHAWN ERIC MORALES, Sr., and<br>RENEE MICHELE HERMANN<br><br><br>    Defendants. | CASE NO.  2:24-cr-00304-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: July 15, 2025 (requested date)<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez, Senior District Court Judge |

   The United States of America through its undersigned counsel, Emily G. Sauvageau, Assistant United States Attorney, together with counsel for defendant Francisco Cornejo Quezada, John R. Manning, Esq., counsel for defendant Shawn Eric Morales, Mark J. Reichel, Esq., and, counsel for defendant Renee Michele Hermann, Michael D. Long Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on July 10, 2025, at 9:30 a.m., before Chief District Court Judge Troy L. Nunley.  Time was excluded between April 24, 2025 and July 10, 2025.

2. On, or about, April 21, 2025, Chief District Court Judge Troy L. Nunley reassigned the matter to Senior District Court Judge John A. Mendez (ECF 64) and the previously set status conference (July 10, 2025) before Chief District Court Judge Troy L. Nunley was vacated

3. By this stipulation, the parties now move to continue the matter until **July 15, 2025, at 9:00**

1

**a.m.**, and to exclude time between April 24, 2025, and July 15, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] to allow defense counsel time to prepare. The parties agree and stipulate, and request the Court find the following:

    a) The government has produced discovery in this matter, to date, consisting of 583 pages of reports and 301 native files (containing audio recordings, text messaging and excel files). The government has further indicated additional discovery is forthcoming.

    b) Counsel for defendants have met with their clients to discuss their respective cases. Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2025 to July 15, 2025,inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 23, 2025                    /s/ JOHN R. MANNING
                                                      JOHN R. MANNING
                                                      Counsel for Defendant
                                                      FRANCISCO CORNEJO QUEZADA

Dated: April 23, 2025                    /s/ MARK J. REICHEL
                                                      MARK J. REICHEL
                                                      Counsel for Defendant
                                                      SHAWN ERIC MORALES, Sr.

Dated: April 23, 2025                    /s/ MICHAEL D. LONG
                                                      MICHAEL D. LONG
                                                      Counsel for Defendant
                                                      RENEE MICHELE HERMANN

Dated: April 23, 2025                    MICHELE BECKWITH
                                                      Acting United States Attorney

                                                      /s/ EMILY G. SAUVAGEAU
                                                      EMILY G. SAUVAGEAU
                                                      Assistant United States Attorney

## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, **ADOPTS** the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED.

Dated: April 24, 2025                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE