MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RENEE HERMANN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO CORNEJO-QUEZADA,<br>SHAWN ERIC MORALES, SR., and<br>RENEE MICHELLE HERMANN,<br>    Defendants. | ) No. 2:24-cr-00304-JAM<br>)<br>) **FIFTH STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE AND**<br>) **EXCLUDE TIME**<br>)<br>) Requested date: 2-10-2025<br>) Time: **9:00 a.m.**<br>) Judge: Hon. John A. Mendez<br>) |

  It is hereby stipulated between the parties, Robert Abendroth, Assistant United States Attorney, John Manning, attorney for defendant FRANCISCO CORNEJO-QUEZADA, Mark Reichel, attorney for defendant SHAWN ERIC MORALES, SR, and Michael D. Long, attorney for defendant RENEE HERMANN, that the status hearing set for October 21, 2025, at 9:00 a.m., before Judge Mendez, should be continued and re-set for February 10, 2026, at 9:00 a.m., before Judge Mendez.

  Each party has agreed to move the status hearing, with the Court's permission, to February 10, 2026.  All parties are available to appear, and they all agree to appear, in court in-person on February 10, 2026, unless the defendant has a valid waiver of appearance on file.

  The government has provided over 900 pages of discovery along with dozens of audio and video recordings. Nearly all of the recorded materials (and text messaging) in this matter feature conversations taking place in Spanish. The government recently provided (on, or about, September

30, 2025) several hundred pages of summaries related to both the recorded materials and text messaging in this matter. The summaries are translated from Spanish into English. Additionally, undersigned counsel for Mr. Cornejo-Quezada very recently provided the government with a substantial informal discovery request. The government is contemplating their response to Mr. Conejo-Quezada's requests. Additional time is necessary for the government to respond and once the government does respond, for counsel to review the material.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through October 21, 2025.

The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to October 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 12 2025                                  Respectfully submitted,

                                                         /s/ *Michael D. Long*_____
                                                         MICHAEL D. LONG
                                                         Attorney for Renee Hermann

///

                                /s/ *John Manning*
                                JOHN MANNING
                                Attorney for Francisco Cornejo-Quezada

                                /s/ *Mark Reichel*
                                MARK REICHEL
                                Attorney for Shawn Morales, Sr.

Dated: October 12, 2025           ERIC GRANT
                                United States Attorney

                                /s/ *Robert Abendroth*
                                ROBERT ABENDROTH
                                Assistant U.S. Attorney

## ORDER

The October 21, 2025 Status Conference is **VACATED** and **RESET** for **February 10, 2026, at <u>9:00 a.m.</u>**, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including February 10, 2026, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: October 14, 2025

*/s/ John A. Mendez*
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE