JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
FRANCISCO CORNEJO-QUEZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO CORNEJO-QUEZADA,<br><br>　　　　Defendant. | No. CR-S-24-0304-JAM<br><br>[PROPOSED] MODIFIED ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS ALLOWING HIM TO ATTEND HIS FATHER'S FUNERAL IN MEXICO |

　　　　Good cause appearing, defendant Francisco Cornejo-Quezada's unopposed motion to modify special condition 5 – allowing him to travel to Mexico from December 31, 2025 to January 14, 2026, to attend his father's memorial service and special condition 6 – allowing Pretrial Services to return Mr. Cornejo-Quezada's passport to him (allowing him to travel to Mexico), is hereby granted. Mr. Cornejo-Quezada is ordered to return his passport to Pretrial Services in Sacramento, California, no later than 5:00 p.m. on Thursday, January 15, 2026.

IT IS SO ORDERED
Dated: December 30, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1