JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
FRANCISCO CORNEJO-QUEZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO CORNEJO-QUEZADA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-S-24-0304-JAM<br><br>[~~PROPOSED~~] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS ALLOWING HIM TO ATTEND A MEMORIAL FOR HIS LATE FATHER IN MEXICO |

Good cause appearing, defendant Francisco Cornejo-Quezada's unopposed motion to modify special condition 5 – allowing him to travel to Mexico from April 23, 2026 to May 4, 2026, and special condition 6 – allowing Pretrial Services to return Mr. Cornejo-Quezada's passport to him (allowing him to travel to Mexico), is hereby granted.  Mr. Cornejo-Quezada is ordered to return his passport to Pretrial Services in Sacramento, California, no later than 3:00 p.m. on Tuesday May 5, 2026.

IT IS SO ORDERED

Dated: April 14, 2026

_Allison Clare_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1